**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **CRIMINAL NO. 3:08-CR-0055 TSL JCS**

**DERRICK GRANT**

### ORDER OF DISMISSAL OF COUNTS 1, 4, 5, 6, 7 AND 8 WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 4, 5, 6, 7 and 8 the Criminal Indictment against defendant, Derrick Grant, without prejudice.

DUNN LAMPTON
United States Attorney

/s/Dave Fulcher
By:   DAVE FULCHER
      Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal of Counts  1, 4, 5, 6, 7 and 8 as to defendant Derrick Grant.

SO ORDERED, this the 19th day of December, 2008.

/s/Tom S. Lee
HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE